IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-cv-00730-FL

| | |
|---|---|
| YVONNE UCHECHUKWU CARVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| DUKE UNIVERSITY HEALTH ) | |
| SYSTEMS, MARSHA PORTER, TANYA ) | |
| CARSON, TERRI O'LEARY, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the Memorandum and Recommendation ("M&R") of United States Magistrate Judge Robert B. Jones, Jr., allowing plaintiff to proceed in forma pauperis, and upon review of plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2), recommending that the complaint be dismissed in part for failing to state a claim for which relief may be granted. No objections to the M&R have been filed, and the time within which to make any objection has expired. This matter is ripe for ruling.

The court hereby ADOPTS the recommendation of the magistrate judge as its own, and, for the reasons stated therein, pursuant to 28 U.S.C. § 1915(e)(2), the complaint is dismissed for failure to state a claim against individually named defendants Marsha Porter, Tanya Carson, Terri O'Leary. The clerk of court is directed to continue management of this case against Duke University Health Systems.

SO ORDERED, this the 22nd day of January, 2013.

_____
LOUISE W. FLANAGAN
United States District Judge