IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| YVONNE UCHECHUKWU CARVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 5:12-cv-00730-FL |
| ) | |
| DUKE UNIVERSITY HEALTH ) | |
| SYSTEM, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on Defendant's Consent Motion to Compel Arbitration. Plaintiff's claims are subject to Defendant Duke University Health System, Inc.'s Dispute Resolution Process ("DRP") and Plaintiff consents to Defendant's motion. The DRP, along with a signed copy of Plaintiff's Acknowledgement of Receipt of the Duke Staff Handbook acknowledging her agreement to be bound by it, are attached to Defendant's Motion to Compel Arbitration.

Accordingly, the Court finds that a valid agreement to arbitrate exists between the Plaintiff and Defendant with respect to the claims asserted in Plaintiff's Complaint. Defendant's Motion to Compel is ALLOWED, and, pursuant to 9 U.S.C. § 3, this matter is STAYED pending arbitration of the issues herein.

This 28th day of February, 2013.

_____
United States District Court Judge