UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

YVONNE UCHECHUKWU CARVER, )
)
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:12-CV-730-FL
DUKE UNIVERSITY HEALTH )
SYSTEMS, )
)
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 14, 2104, that this case is dismissed and judgment is entered in favor of the defendant on the basis of the November 12, 2013 arbitration decision in defendant's favor and plaintiff's request for damages and other relief is denied.

**This Judgment Filed and Entered on August 15, 2014, and Copies To:**
C. Matthew Keen (via CM/ECF Notice of Electronic Filing)
Michael Douglas McKnight (via CM/ECF Notice of Electronic Filing)
Yvonne Uchechukwu Carver (via U.S. Mail) 2029 Williamsburg Manor Court
        Winston-Salem, NC 27103

August 15, 2014         JULIE A. RICHARDS, CLERK
        /s/ Christa N. Baker
        (By) Christa N. Baker, Deputy Clerk